PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00161-JLT-SKO |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| JORGE LUIS VELASQUEZ, | |
| Defendant. | |

Based upon the plea agreement entered into between the United States of America and defendant Jorge Luis Velasquez, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Jorge Luis Velasquez's interests in the following property[1] shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. A flip phone;
   b. A smart phone with case; and,
   c. A money judgment in the amount of $6,800.00.

2. The above-listed assets constitute, or are derived from, any proceeds the

---

[1] The Kern County Sheriff's Office retains custody of the 9mm black Smith and Wesson handgun, serial number HPS2468, related ammunition, firearms, body armor, tasers, batons, and currency seized from defendant's residence.

PRELIMINARY ORDER OF FORFEITURE          1

1  defendant obtained, directly or indirectly, or is property used, or intended to be used, in any
2  manner or part, to commit, or to facilitate the commission of a violation of 21 U.S.C. §§
3  841(a)(1), 841(b)(1)(A), and 846.

4      3.    Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be
5  authorized to seize the above-listed property.  The aforementioned property shall be seized and
6  held by the U.S. Marshals Service or Drug Enforcement Administration in their secure custody
7  and control.

8      4.    a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall
9  publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney
10 General's (or a designee's) intent to dispose of the property in such manner as the Attorney
11 General may direct shall be posted for at least thirty (30) consecutive days on the official
12 internet government forfeiture site www.forfeiture.gov.  The United States may also, to the
13 extent practicable, provide direct written notice to any person known to have alleged an interest
14 in the property that is the subject of the order of forfeiture as a substitute for published notice as
15 to those persons so notified.

16     b.  This notice shall state that any person, other than the defendant, asserting a
17 legal interest in the above-listed property, must file a petition with the Court within sixty (60)
18 days from the first day of publication of the Notice of Forfeiture posted on the official
19 government forfeiture site, or within thirty (30) days from receipt of direct written notice,
20 whichever is earlier.

21     5.    If a petition is timely filed, upon adjudication of all third-party interests, if any,
22 this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all
23 interests will be addressed.

24
25 IT IS SO ORDERED.

26     Dated:  **March 24, 2022**                    *Jennifer L. Thurston*
27                                                UNITED STATES DISTRICT JUDGE
28